UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| DEREK MORTLAND, | ) | CASE NO. 4:22-CV-01966 |
| | ) | |
| Plaintiff, | ) | JUDGE PEARSON |
| | ) | |
| Vs. | ) | |
| | ) | |
| SIX STAR HOSPITALITY GROUP LLC, | ) | **NOTICE OF DISMISSAL** |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOW COMES the Plaintiff, by and through undersigned counsel, and hereby gives Notice of Dismissal pursuant to Fed. Civ. R. 41(a)(1)(A)(i). Following a private settlement agreement, Plaintiff now desires the dismissal of all claims against Defendant with prejudice.

Respectfully submitted,

**/s/ *COLIN G. MEEKER***
Colin G. Meeker (#0092980)

Attorney for Plaintiff, Derek Mortland